1  Jennifer R. Yee (#029651)
   Joshua R. Woodard (#015592)
2  Jessica A. Van Ranken (#036389)
   SNELL & WILMER L.L.P.
3  1 E. Washington St., Suite 2700
   Phoenix, Arizona 85004-2556
4  Telephone: 602.382.6000
   Facsimile: 602.382.6070
5  E-Mail: jryee@swlaw.com
           jwoodard@swlaw.com
6          jvanranken@swlaw.com
7  *Attorneys for Defendants Orsuga Consulting, LLC,
   dba Pinnacle Growth Advisors; Brent Orsuga; and
8  Susanna Orsuga*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Shawnah Kucken, individually and on behalf of all others similarly situated, | No. 2:22-cv-00573-DJH |
|---|---|
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| v. | |
| Orsuga Consulting, LLC, dba Pinnacle Growth Advisors; Brent Orsuga; and Susanna Orsuga, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., Plaintiff Shawnah Kucken and Defendants Orsuga Consulting, LLC dba Pinnacle Growth Advisors, Brent Orsuga, and Susanna Orsuga hereby jointly stipulate and agree to dismiss with prejudice Plaintiff's claims against Defendants. Each party shall bear its own attorneys' fees and costs. By filing this Stipulation, the parties stipulate, agree, and respectfully request that the Court enter the accompanying proposed form of order that is filed concurrently herewith and has been approved by the parties through undersigned counsel.

/././

/././

/././

/././

4864-8369-5574.1

RESPECTFULLY SUBMITTED this 13th day of August 2024.

                                                            SNELL & WILMER L.L.P.

By: *s/Jessica A. Van Ranken*
     Jennifer R. Yee
     Joshua R. Woodard
     Jessica A. Van Ranken
     1 E. Washington St., Suite 2700
     Phoenix, Arizona 85004-2556

*Attorneys for Defendants Orsuga Consulting, LLC, dba Pinnacle Growth Advisors; Brent Orsuga; and Susanna Orsuga*

DENTON PETERSON DUNN, PLLC

By: *s/Brad A. Denton* (with permission)
     Brad A. Denton
     Jay Parmelee
     1930 N. Arboleda Road, Suite 200
     Mesa, Arizona 85213

*Attorneys for Plaintiff Shawnah Kucken*

4864-8369-5574.1