IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawnah Kucken,<br><br>             Plaintiff,<br><br>v.<br><br>Orsuga Consulting LLC, et al.,<br><br>             Defendants. | No. CV-22-00573-PHX-DJH<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 124), filed on August 13, 2024,

**IT IS ORDERED** approving the Stipulation (Doc. 124) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 15th day of August, 2024.

Honorable Diane J. Humetewa
United States District Judge